IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHARLES JONES,<br><br>        Plaintiff<br><br>        VS.<br><br>WARDEN JIMMIE COLSON<br>COUNSELOR WILLIAMS,<br>CAPTAIN HOBBS<br>SGT. RELIFORD,<br><br>        Defendants | NO. 1:09-CV-163 (WLS)<br><br><br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

# ORDER

Plaintiff **CHARLES JONES**, an inmate at Coastal State Prison in Garden City, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. He has not paid the required $350.00 filing fee or petitioned the Court to allow him to proceed *in forma pauperis* in this action.

Plaintiff is **ORDERED** to submit the full filing fee of $350.00, or execute and return a financial affidavit seeking leave to proceed *in forma pauperis* including a certified copy of his trust fund account statement before **NOVEMBER 19, 2009.** Plaintiff is advised that failure comply with this Order will result in dismissal of his action.

The Clerk of Court is **DIRECTED** to forward the appropriate financial affidavit to plaintiff together with a copy of this Order.

There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 6th day of NOVEMBER, 2009.



s/ *Claude W. Hicks, Jr.*
CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE